January 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-10-00226-CV                 V.

CES ENVIRONMENTAL SERVICES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on March 5, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by CITY OF HOUSTON.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.